SHIRK ET AL. *v.* HARRISON SCHOOL TOWNSHIP.

[No. 3,061.    Filed February 21, 1900.]

APPEAL AND ERROR. — *Transfer of Cause from Circuit to Superior Court.—Transcript.—Certificate.*—Where after the formation of issues a cause was transferred from the circuit to the superior court of the county, the transcript on appeal from the latter court must be authenticated by the certificate of the clerk of the circuit court or the appeal will be dismissed.

From the Howard Superior Court.    *Appeal dismissed.*

*C. H. Gifford, L. B. Nash, G. H. Gifford, J. R. Coleman* and *G. G. Gifford*, for appellants.

*B. C. Moon* and *Conrad Wolf*, for appellee.

ROBINSON, J.—Appellants sued appellees in the Howard Circuit Court, and, after the issues were formed, a record

entry shows the cause was transferred to the Howard Superior Court, in which last named court there was a trial and judgment. Appellee has directed our attention to the fact that the transcript nowhere contains the certificate of the clerk of the Howard Circuit Court authenticating the transcript of the proceedings in that court. At the close of the transcript are two certificates of the clerk of the Howard Superior Court, but these can certify only proceedings had in that court. For want of a certificate of the clerk of the Howard Circuit Court, the appeal must be dismissed. Acts 1897 p. 20, §10. *Garrigus* v. *Board, etc.*, 22 Ind. App. 303; *Western Union Tel. Co.* v. *Todd*, 22 Ind. App. 701.

Appeal dismissed.